UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.

PAMELA SLOT,

        Plaintiff

v.

TOWN OF KINGSTON,

        Defendant

NOTICE OF APPEARANCE



03 12356 NG

Please enter our appearance as attorneys for the defendant Town of Kingston in the above-captioned matter.

DEFENDANT,

TOWN OF KINGSTON,

By its attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

207462/KING/0164

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11/21/03