LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

# KOPELMAN AND PAIGE, P. C.

### ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN
SARAH N. TURNER

FILED
IN CLERK'S OFFICE

2003 DEC -5  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 3, 2003

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Pamela Slot v. Town of Kingston
      United States District Court C.A. No. 12356NG

Dear Sir or Madam:

Enclosed for filing in the above-referenced case, please find certified copies of all documents on file with the state court. Kindly docket the same.

Thank you for your attention to this matter.

Very truly yours,

Gregg J. Corbo

GCJ/lem
Enc.
cc:   Board of Selectmen (w/o enc.)
      James D. Masterman, Esq. (w/o enc.)
208264/KING/0164

**Commonwealth of Massachusetts**
**PLYMOUTH SUPERIOR COURT**
Case Summary
Civil Docket

**PLCV2003-01243**
**Slot v Kingston**

FILED IN CLERKS OFFICE
2003 DEC -5  A 11: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 10/21/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 11/26/2003 | **Session** | B - Civil B - CtRm 1 (Plymouth) | | |
| **Origin** | 1 | **Case Type** | D13 - Declaratory judgement (231A) | | |
| **Lead Case** | | **Track** | A | | |
| **Service** | 01/19/2004 | **Answer** | 03/19/2004 | **Rule12/19/20** | 03/19/2004 |
| **Rule 15** | 01/13/2005 | **Discovery** | 12/09/2005 | **Rule 56** | 02/07/2006 |
| **Final PTC** | 06/07/2006 | **Disposition** | 10/20/2006 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Pamela Slot
10 Braintree Avenue
Kingston, MA 02364
Active 10/21/2003

**Private Counsel 324000**
James D Masterman
Masterman Culbert & Tully
1 Lewis Wharf
Boston, MA 02110
Phone: 617-227-8010
Fax: 617-227-2630
Active 10/21/2003 Notify

**Private Counsel 637681**
Richard Vetstein
Masterman Culbert & Tully
1 Lewis Wharf
Boston, MA 02110
Phone: 617-227-8010
Fax: 617-227-2630
Active 10/21/2003 Notify

**Defendant**
Town of Kingston
23 Green Street
Kingston, MA 02364
Served: 10/23/2003
Served (answr pending) 10/31/2003

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/21/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 10/21/2003 | | Origin 1, Type D13, Track A. |
| 10/21/2003 | 2.0 | Plaintiff Pamela Slot's MOTION for appointment of special process server J.C. Marchando filed and Motion Allowed (Richard F. Connon, Justice) Notice in hand October 21, 2003 |
| 10/31/2003 | 3.0 | SERVICE RETURNED: Town of Kingston (Defendant) |
| 11/26/2003 | 4.0 | Copy of Petition for Removal to the United States District Court filed by Town of Kingston |
| 11/26/2003 | 5.0 | Case REMOVED this date to US District Court of Massachusetts |



A TRUE COPY ATTEST
[signature]
CLERK

### EVENTS

OFFICE OF CLERK OF COURTS -SUPERIOR COURT

COUNTY OF PLYMOUTH

PLYMOUTH, MASS. 02360

Mr. Joseph L. Tehan Jr.  
Mr. Gregg J. Corbo  
Kopelman & Paige P.C.  
Counsellor at law  
31 St. James Ave.  
Boston Ma. 02116

RE:PAMELA SLOT  
VS: TOWN OF KINGSTON  
NO:CA03-1243B

| Qty. | Discription |  |  |
|---|---|---|---|
| 21 | Regular pages | @$1.00 | $21.00 |
| 13 | Certified pages | @$2.50 | $37.50 |
|  |  | TOTAL | $58.50 |