UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

C. A. NO. 03-CV-12356-NG

2003 DEC 17  P 12: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAMELA SLOT, )
)
Plaintiff, )
)
v. )
)
TOWN OF KINGSTON )
)
Defendant. )

## ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, Pamela Slot, with the assent of the Defendant, Town of Kingston, moves for enlargement of time in which to file a reply to Defendant's answer and counterclaim up to and including December 23, 2003. This brief extension is necessary to enable the parties to explore a settlement in this action.

Assented to:
TOWN OF KINGSTON
By its attorneys,

*/s/ Gregg J. Corbo / RDV*
Gregg J. Corbo, Esq. #641459
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PAMELA SLOT
By her attorneys,

*/s/*
James D. Masterman, Esq. #324000
Richard D. Vetstein, Esq. #637681
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: December 16, 2003

MCT/132336.1