UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

C. A. NO. 03-CV-12356-NGC 23 P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PAMELA SLOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF KINGSTON | ) |
| | ) |
| Defendant. | ) |

**ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFF
TO FILE REPLY TO DEFENDANT'S ANSWER AND COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff, Pamela Slot, with the assent of the Defendant, Town of Kingston, moves for enlargement of time in which to file a reply to Defendant's answer and counterclaim up to and including January 22, 2003. This brief extension is necessary to enable the parties to explore a settlement in this action.

Assented to:
TOWN OF KINGSTON
By its attorneys,

_____
Gregg J. Corbo, Esq. #641459
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PAMELA SLOT
By her attorneys,

_____
James D. Masterman, Esq. #324000
Richard D. Vetstein, Esq. #637681
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: December 23, 2003

MCT/132336.1