UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 03-CV-12356NG

| | |
|---|---|
| PAMELA SLOT, | ) |
| Plaintiff, | ) |
| v. | ) |
| TOWN OF KINGSTON | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) & (3), the parties to the above-referenced matter hereby stipulate to the dismissal of the Plaintiff's Complaint against the Defendant, Town of Kingston, and the Defendant's counterclaims against Plaintiff, all claims and counterclaims being dismissed without prejudice and without costs.

TOWN OF KINGSTON
By its attorneys,

_____
Gregg J. Corbo, Esq. #641459
Kopelman & Paige, PC
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

PAMELA SLOT
By her attorneys,

_____
James D. Masterman, Esq. #324000
Richard D. Vetstein, Esq. #637681
Masterman, Culbert & Tully LLP
One Lewis Wharf
Boston, MA 02110
(617) 227-8010

Dated: February 7, 2004

MCT/133478.1